JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG R. WILLIAMS CONSTRUCTION, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>KINSALE INSURANCE COMPANY et al.,<br><br>    Defendants. | Case No. 2:24-cv-05880-SB-PD<br><br>ORDER GRANTING MOTION TO REMAND [DKT. NO. 45] |

    Plaintiff filed this action in Los Angeles Superior Court and Defendant AmTrust International Underwriters DAC removed the case to federal court July 12, 2024, invoking the Court's diversity jurisdiction under 28 U.S.C. § 1332(a). Dkt. No. 1.  Plaintiff moved to remand under 28 U.S.C. § 1447(c), asserting that diversity jurisdiction is lacking because the amount in controversy is less than $75,000.[1]  Dkt. No. 45.  The remaining Defendants do not oppose the motion.  Dkt. Nos. 47, 51, 52.  Therefore, Plaintiff's motion is granted, and this case is remanded to Los Angeles Superior Court.

Date: September 9, 2024

                                          Stanley Blumenfeld, Jr.
                                          United States District Judge

---

[1] The Court finds this matter suitable for resolution without oral argument.  Fed. R. Civ. P. 78; L.R. 7-15.